Robert W. Keaster (California SBN 115847)
rkeaster@ckllplaw.com
**Chamberlin & Keaster LLP**
16000 Ventura Boulevard, Suite 700
Encino, California 91436-2758
Telephone: (818) 385-1256
Facsimile: (818) 385-1802

Steven J. Lynch (Pennsylvania SBN 37575) *(Pro Hac Vice Application Pending)*
**Williams Coulson Johnson Lloyd Parker & Tedesco, LLC**
114 Southpointe Boulevard, Suite 200
Canonsburg, PA 15317
412-422-7612

Attorneys for Plaintiffs HOWARD L. BALDWIN and KAREN BALDWIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. BALDWIN AND KAREN BALDWIN, | Case No. |
| Plaintiffs, | **COMPLAINT FOR REFUND OF INTERNAL REVENUE TAXES** |
| v. | **JURY TRIAL DEMANDED** |
| UNITED STATES OF AMERICA, | Complaint Filed: |
| Defendant. | |

Plaintiffs, Howard L. Baldwin and Karen Baldwin, by and through their undersigned attorneys, hereby file this Complaint against Defendant, United States of America, and in support thereof state as follows:

## PARTIES

1. Plaintiffs, Howard L. Baldwin and Karen Baldwin, are husband and wife and are United States citizens who reside at 11818 Moorpark Street, Studio City, CA 91604.

2. The Defendant is the United States of America.

///

## JURISDICTION AND VENUE

3. This is a suit arising under the laws of the Internal Revenue Code for the refund of income taxes and interest erroneously and illegally assessed against and collected from Plaintiffs.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1346(a)(1).

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1402(a)(1).

## FACTS

6. On or before October 15, 2008, Plaintiffs timely filed their 2007 Form 1040 which reflected a net operating loss.

7. On June 21, 2011, Plaintiffs filed an amended return and claim for refund on Form 1040X for the tax year 2005, claiming the year 2007 net operating loss as a carry back deduction for the tax year 2005. The amended return claimed a refund of $167,663. This amended return and claim for refund was timely filed under Internal Revenue Code § 6511(d)(2)(A). A copy of the 2005 Form 1040X is attached hereto as Exhibit A.

8. The Form 1040X was hand delivered to the post office on June 21, 2011 by Ryan Wuerfel, who was an assistant to the Plaintiffs at that time. A copy of an affidavit from Ryan Wuerfel is attached hereto as Exhibit B.

/ / /

9. On August 12, 2013, the Internal Revenue Service mailed to the Plaintiffs a letter notifying them that their claim for refund for the calendar year 2005 was disallowed in full. A copy of the August 12, 2013 letter is attached hereto as Exhibit C.

10. As grounds for recovery, Plaintiffs incorporate herein by reference the averments of their claim for refund for the tax year 2005 that is set forth in Exhibit A, and state that they are entitled to a refund of taxes with respect to the tax year 2005 in the amount of $167,663 because the Internal Revenue Service has impermissibly denied the carry back of the tax year 2007 net operating loss.

11. Plaintiffs are the sole owners of their claim and have made no assignment of said claim.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in the amount of $167,663, or such greater amount as they may be entitled to, together with costs and interest as allowed by law, and for such other further relief as the Court may deem appropriate.

## JURY TRIAL DEMANDED

12. Plaintiffs demand a jury trial in the instant matter on all issues.

Dated:      August 7, 2015

                              **CHAMBERLIN & KEASTER LLP**

                              By:__s/ Robert W. Keaster_____
                                  Robert W. Keaster
                                  Attorneys for Plaintiffs
                          HOWARD L. BALDWIN and KAREN BALDWIN

Dated: August 7, 2015

**WILLIAMS COULSON JOHNSON LLOYD PARKER & TEDESCO, LLC**

By: s/Steven J. Lynch
    Steven J. Lynch **(Pro Hac Vice App. Pending)**
    Attorneys for Plaintiffs
HOWARD L. BALDWIN and KAREN BALDWIN