# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 15-06004-RGK | Title | BALDWIN V. UNITED STATES |
|---|---|---|---|
| Judge | GARY KLAUSNER | | |
| Dates of Trial or Hearing | 11.22.16 | | |
| Court Reporters or Tape No. | SANDRA MACNEIL | | |
| Deputy Clerks | SHARON WILLIAMS | | |

**FILED CLERK, U.S. DISTRICT COURT — NOV 22 2016 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY**

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| ROBERT REAGTER | GAVIN GREEN, AUSA |
| STEVEN LYNCH | CHARLES PARKER, AUSA |

JOINT

| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | NICHOLAS RUTA | π |
| 35 | ✓ | ✓ | | | | | |
| 26 | ✓ | ✓ | | | | | |
| 25 | ✓ | ✓ | | | | | |
| | | | | | | HOWARD BALDWIN | π |
| | | | | | | PHILLIP C. CONRAD | π |
| 36 | ✓ | ✓ | | | | | |

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0015
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Howard L. Baldwin and Karen Baldwin,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. CV15-6004 RGK (AGRx)<br><br>Joint Witness List<br><br>Pre-Trial Conference before the Honorable R. Gary Klausner:<br><br>Date:    October 17, 2016<br>Time:    9:00 a.m.<br>Courtroom:  850<br>Location:  Roybal Federal Building and United States Courthouse<br>255 E. Temple Street<br>Los Angeles, California |

1

## I. Witnesses for Plaintiffs

### A. Howard Baldwin, Plaintiff   NOV 22 2016

**Brief statement of the testimony**

Howard Baldwin will testify about his request and approval for their accountant to prepare the 2005 amended tax return so as to seek a refund of the taxes paid for 2005; his review and execution of the amended tax return for 2005; the mailing of the 2005 tax return; movie projects written off by Baldwin Entertainment Group Ltd. in 2007 which created the net operation loss that was carried back to 2005 and created the basis for the refund claim and the fact that the IRS never sought to disallow the loss reflected on the 2007 Baldwin Entertainment Group Ltd. tax return or on his personal IRS form 1040 for 2007.

**Unique nature of the testimony**

The testimony of Howard Baldwin is expected to be unique from any other witness as it is based upon his personal knowledge of the facts surrounding the 2005 amended return and claim for refund and the movie projects written off by Baldwin Entertainment Group Ltd. in 2007 which he acted as a producer.

**Time estimate for testimony**

The Plaintiffs estimate the testimony of Howard Baldwin will last approximately 2 hours.

### B. Karen Baldwin, Plaintiff

**Brief statement of the testimony**

Karen Baldwin will testify about her review and execution of the amended tax return for 2005; the mailing of the 2005 amended return; movie projects written off by Baldwin Entertainment Group Ltd. in 2007 which created the net operation loss which was carried back to 2005 and created the basis for the refund claim.

**Unique nature of the testimony**

The testimony of Karen Baldwin is expected to be unique from any other witness as it is based upon her personal knowledge of the facts surrounding the 2005 amended

return and claim for refund and the movie projects written off by Baldwin Entertainment Group Ltd. in 2007 which she acted as a producer.

**Time estimate for testimony**

The Plaintiffs estimate the testimony of Karen Baldwin will last approximately 2 hours.

**C. Nicholas Ruta, Administrative Assistant for Plaintiffs** NOV 2 2 2016

**Brief statement of the testimony**

Nicolas Ruta will testify about his request and instructions to Ryan Wuerfel that Mr. Wuerfel deliver the 2005 amended tax return and claim for refund to the post office for mailing; movie projects written off by Baldwin Entertainment Group Ltd. in 2007 which created the net operation loss which was carried back to 2005 and created the basis for the refund claim and the accounting systems in place at Baldwin Entertainment Group Ltd.

**Unique nature of the testimony**

The testimony of Nicholas Ruta is expected to be unique from any other witness as it is based upon his personal knowledge of the facts surrounding the 2005 amended return and claim for refund and the movie projects written off by Baldwin Entertainment Group Ltd. in 2007.

**Time estimate for testimony**

The Plaintiffs estimate the testimony of Nicholas Ruta will last approximately 2 hours.

**D. Ryan Wuerfel, Plaintiffs' assistant**

**Brief statement of the testimony**

Ryan Wuerfel will testify about his actions in taking the 2005 amended return and claim for refund to the post office and delivery the same with proper postage for mailing to the IRS.

**Unique nature of the testimony**

The testimony of Ryan Wuerfel is expected to be unique from any other witness as it is based upon his personal knowledge of the facts surrounding the mailing of 2005 amended return and claim for refund.

**Time estimate for testimony**

The Plaintiffs estimate the testimony of Ryan Wuerfel which will be by deposition will last approximately 15 minutes.

## II. Witness for Defendant

E. Phillip Conrad, IRS Revenue Officer Advisor    NOV 2 2 2016

**Brief statement of the testimony**

Phillip Conrad will testify that IRS Tax Form 1040X is used by individuals to claim a tax refund from the IRS and that based on the instructions for Form 1040X, since Plaintiffs resided in Massachusetts they were required to send their claim for refund to the Internal Revenue Service Center in Kansas City, Missouri.

Based on a review of the IRS records, the IRS did not receive a claim for refund from Plaintiffs for tax year 2005 until July 26, 2013. Plaintiffs have also late filed their income tax returns for tax years 2008, 2009, 2010, and 2011.

**Unique nature of the testimony**

All of the testimony of Phillip Conrad is expected to be unique from any other witness.

4

**Time estimate for testimony**

The United States estimates the testimony of Phillip Conrad will last less than one hour.

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


/s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for Defendant United States of America


CHAMBERLIN & KEASTER LLP


/s/
Robert W. Keaster


WILLIAMS COULSON JOHNSON LLOYD PARKER & TEDESCO, LLC


/s/
Steven J. Lynch (Pro Hoc Vice)
PA ID No. 37575
114 Southpointe Boulevard, Suite 200
Canonsburg, PA 15317
412-422-7612

Attorneys for Plaintiffs Howard L. Baldwin and Karen Baldwin



1  EILEEN M. DECKER
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
4  Assistant United States Attorney
         Federal Building, Suite 7211
5        300 North Los Angeles Street
         Los Angeles, California 90012
6        Telephone: (213) 894-4600
         Facsimile: (213) 894-0015
7        E-mail: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13 | Howard L. Baldwin and Karen Baldwin, | Case No. CV15-6004 RGK (AGRx)
14 |             Plaintiffs,              | Revised Joint Exhibit List
15 |                v.                    | [Local Rule 16-6.1]
16 | United States of America,             | Pretrial
17 |             Defendant.               | Hearing:    October 17, 2016
                                          | Time:       9:00 a.m.
                                          | Courtroom:  850
18                                        | Location:   Roybal Federal Building and
                                          |             United States Courthouse
19                                        |             255 E. Temple Street
                                          |             Los Angeles, California
20
21
22
23
24
25
26
27
28

Case Title: *Howard L. Baldwin and Karen Baldwin v. United States of America*

Case No.: CV15-6004 RGK (AGRx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Certificate of Assessments, Payments and Other Matters (Form 4340) for tax year 2005 | | NOV 2 2 2016 |
| 2 | Certificate of Assessments, Payments and Other Matters (Form 4340) for tax year 2007 | | NOV 2 2 2016 |
| 3 | Instructions for Form 1040X (Rev. December 2010) | | NOV 2 2 2016 |
| 4 | Plaintiffs' Claim for Refund received July 26, 2013 | | NOV 2 2 2016 |
| 5 | IRS Denial Letter dated August 12, 2013 | | NOV 2 2 2016 |
| 6 | Certified Account Transcript for Howard Baldwin for the period ending March 31, 2012 | | NOV 2 2 2016 |
| 7 | Certified Account Transcript for Howard and Karen Baldwin for tax year 2013 | | NOV 2 2 2016 |
| 8 | United States' First Request for Admissions from Howard Baldwin | | NOV 2 2 2016 |

1

Case Title: *Howard L. Baldwin and Karen Baldwin v. United States of America*
Case No.: CV15-6004 RGK (AGRx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 9 | Plaintiffs' Response to United States' First Request for Admissions from Howard Baldwin | | NOV 2 2 2016 |
| 10 | United States' First Request for Admissions from Karen Baldwin | | NOV 2 2 2016 |
| 11 | Plaintiffs' Response to United States' First Request for Admissions from Karen Baldwin | | NOV 2 2 2016 |
| 12 | United States' First Set of Interrogatories for Howard Baldwin | | NOV 2 2 2016 |
| 13 | Plaintiffs' Response to United States' First Set of Interrogatories for Howard Baldwin | | NOV 2 2 2016 |
| 14 | United States' First Set of Interrogatories for Karen Baldwin | | NOV 2 2 2016 |
| 15 | Plaintiffs' Response to United States' First Set of Interrogatories for Karen Baldwin | | NOV 2 2 2016 |

2

Case Title: *Howard L. Baldwin and Karen Baldwin v. United States of America*
Case No.: CV15-6004 RGK (AGRx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 16 | Plaintiffs' Response to United States' First Set of Requests to Howard Baldwin for Production of Documents | | NOV 2 2 2016 |
| 17 | Plaintiffs' Response to United States' First Set of Requests to Karen Baldwin for Production of Documents | | NOV 2 2 2016 |
| 18 | Deposition Transcript of Ryan Wuerfel taken on August 25, 2016 | | NOV 2 2 2016 |
| 19 | Deposition Video of Ryan Wuerfel taken on August 25, 2016 | | NOV 2 2 2016 |
| 20 | Baldwin Entertainment Group LTD 2005 Form 1120S | | NOV 2 2 2016 |
| 21 | Baldwin Entertainment Group LTD 2006 Form 1120S | | NOV 2 2 2016 |
| 22 | Baldwin Entertainment Group LTD 2007 Form 1120S | | NOV 2 2 2016 |
| 23 | Howard and Karen Baldwin 2005 Form 1040 | | NOV 2 2 2016 |
| 24 | Howard and Karen Baldwin 2007 Form 1040 | | NOV 2 2 2016 |

3

Case Title: *Howard L. Baldwin and Karen Baldwin v. United States of America*
Case No.: CV15-6004 RGK (AGRx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 25 | Baldwin Entertainment Group LTD 2007 Bank Statements | NOV 2 2 2016 | NOV 2 2 2016 |
| 26 | Baldwin Entertainment Group LTD 2007 Financial Records | NOV 2 2 2016 | NOV 2 2 2016 |
| 27 | Baldwin Entertainment Group LTD Mandrake Documents | | |
| 28 | Baldwin Entertainment Group LTD Rat's Tale Documents | | |
| 29 | Baldwin Entertainment Group LTD Phantom Documents | | |
| 30 | Howard and Karen Baldwin IRS Appeal Documents | | NOV 2 2 2016 |
| 31 | Steven J. Zakrzewski Documents | | NOV 2 2 2016 |
| 32 | Howard and Karen Baldwin IRS Denial of Claim Documents | | NOV 2 2 2016 |
| 33 | 2005 Form 1040X Instructions | | NOV 2 2 2016 |
| 34 | IRS Notice 2007-35 | | NOV 2 2 2016 |
| 35 | Letter from Thomas V. Ruta dated June 6, 2011 | NOV 2 2 2016 | NOV 2 2 2016 |
| 36 | FORM 2275 | NOV 2 2 2016 | NOV 2 2 2016 |