# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. BALDWIN AND KAREN BALDWIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:15-cv-06004 RGK (AGRx)<br><br>JUDGMENT |

    This action came under consideration before the Court as a bench trial on November 22, 2016. The Court after having considered all relevant evidence and argument of counsel issued its Opinion and Order re Bench Trial on December 2, 2016, finding that Plaintiffs Howard and Karen Baldwin are the prevailing parties in this action.

    IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiffs Howard and Karen Baldwin and against Defendant United States of America in the amount of $167,663 as a refund of taxes paid for the federal income

/ / /

/ / /

/ / /

1  tax period ending December 31, 2005, plus statutory interest accruing on this amount
2  pursuant to 26 U.S.C. §§ 6611, 6621 and 6622.

Date:    December 7, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE