NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Howard L. Baldwin and Karen Baldwin,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. CV15-6004 RGK (AGRx)<br><br>Amended Judgment |

Pursuant to the Opinion of the Ninth Circuit (document number 93):

**IT IS ORDERED** that the Judgment entered in favor of Howard L. Baldwin and Karen Baldwin (document number 78) is vacated.

**IT IS FURTHER ORDERED** that the award of litigation costs to Howard L. Baldwin and Karen Baldwin (document number 83) is vacated.

**IT IS FURTHER ORDERED** that this case is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: 7-10-19

_____
R. GARY KLAUSNER
United States District Judge